**MERRITT MCKEON, ESQ. (SBN 187983)**
24001 Calle de la Magdalena #2845
Laguna Hills, CA 92653
Phone # (949) 584-1281
Email: merrittmck@hotmail.com
*Attorney for Petitioner JUNG WOOK NA,*

**STEPHANE QUINN, CFLS (SBN: 278188)**
**DAVID DWORAKOWSKI, CFLS, CALS (SBN: 135285)**
**QUINN & DWORAKOWSKI, LLP**
IRVINE CONCOURSE
2050 Main Street, 6th Floor, Suite 600
Irvine, California 92614
Telephone: (949) 660-1400
E-Mail: david@orangecountyfamilylaw.com
E-Mail: quinn@orangecountyfamilylaw.com
*Attorneys for Respondent JASMINE PEARL NA*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DISTRICT**

JUNG WOOK NA,
*PETITIONER,*

VS.

JASMINE PEARL NA,
*RESPONDENT.*

CASE NO: 8:25-CV-02479-DOC-ADS

STIPULATION AND ORDER RE. TEMPORARY TRAVEL OF MINOR CHILD S.A.N. TO THE REPUBLIC OF KOREA

Petitioner/Father JUNG WOOK NA ("Father") and Respondent/Mother JASMINE PEARL NA ("Mother") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the following modification of the temporary emergency orders issued by the Orange County Superior Court on October 29, 2025, in Case No. 25FL001112 (the "Order"), as adopted by this Court and as subsequently modified by the parties' Stipulation and Order dated March 19, 2026:

**RECITAL**

On October 29, 2025, the Honorable Mary Kreber-Varipapa presiding, of the Orange County Superior Court, issued temporary emergency orders in Case No. 25FL001112 (See attached Minute Order dated 10/29/2025), pending the resolution of Father's petition under the Hague Convention on the Civil Aspects of International Child Abduction currently being litigated in the Federal District Court in this case.

Those temporary orders provided, among other things, that the minor children K.E.N. and S.A.N. be placed in the custody of paternal grandfather Chun Jang Na, and that the children would temporarily reside with family friends Randy Hoang and Crystal Hoang.

On March 19, 2026, the Parties entered into a Stipulation and Order (the "March 19, 2026 Stipulation and Order") modifying the October 29, 2025 emergency orders to substitute the maternal grandparents, Joy Chang and Antony "Tony" Chang, in place of Randy Hoang and Crystal Hoang as the persons with whom the minor children temporarily reside, to make the maternal grandparents responsible for the children's school transportation, and to designate the maternal grandparents as the monitors of Respondent/Mother's parenting time in place of a professional monitor, while otherwise leaving the October 29, 2025 orders in full force and effect.

The Parties now wish to modify the Court's Order, as modified by the March 19, 2026 Stipulation and Order, to permit the minor child S.A.N. (date of birth April 15, 2019) to travel temporarily to the Republic of Korea, accompanied by her maternal grandfather, Antony "Tony" Chang, and to return to the United States on or about August 16, 2026, as set forth below. The Parties further wish to modify the prior orders to lift all restrictions on Respondent/Mother's parenting time, including the requirement of a monitor, and to modify the geographic restrictions on the minor children, as set forth

below. The Parties agree that all other provisions of the prior orders shall remain in full force and effect except as expressly modified herein.

NOW, THEREFORE, the Parties stipulate and agree as follows:

1. **Temporary Travel to the Republic of Korea.**

Notwithstanding the provision of the October 29, 2025, Order requiring the minor children to remain in Orange County, the Parties stipulate that the minor child S.A.N. (date of birth April 15, 2019) may travel temporarily to the Republic of Korea, accompanied by her maternal grandfather, Antony "Tony" Chang ("Mr. Chang"). Such travel shall occur within five (5) days of the date of this Order. During her stay in the Republic of Korea, S.A.N. shall be in the custody of her father, Petitioner Jung Wook Na.

2. **Return to the United States.**

On or about August 16, 2026, S.A.N. shall be returned to the custody of Mr. Chang, who shall transport S.A.N. from the Republic of Korea back to the United States.

3. **Release of Passports.**

The Office of the Orange County District Attorney is hereby ordered to release to Mr. Chang his passport and the passport of S.A.N. forthwith, to permit the travel authorized by this Stipulation and Order.

4. **Costs of Travel.**

The maternal grandparents, Joy Chang and Antony "Tony" Chang, shall bear the costs of S.A.N.'s travel to the Republic of Korea.

5. **Modification of Respondent/Mother's Parenting Time.**

All restrictions on Respondent/Mother's parenting time with the minor children K.E.N. and S.A.N. are hereby lifted, including the requirement that her parenting time be monitored. Respondent/Mother shall have unmonitored and unrestricted parenting time with the minor children, and the designation of the maternal grandparents, Joy Chang and Antony "Tony" Chang, as

monitors of Respondent/Mother's parenting time under the March 19, 2026, Stipulation and Order is hereby vacated.

Mother shall have video or telephone contact with S.A.N. not less than four times per week.

**6. Modification of Geographic Restrictions.**

The provision of the October 29, 2025, Order requiring the minor children to remain in Orange County is hereby modified. The minor children K.E.N. and S.A.N. may be removed from Orange County. The minor child S.A.N. may travel outside the State of California and outside the United States solely as provided in this Stipulation and Order for purposes of her travel to the Republic of Korea. The minor child K.E.N. shall not be removed from the State of California until further order of the Court.

**7. Pre-Departure Outing.**

The Parties agree that, prior to S.A.N.'s departure for the Republic of Korea, Respondent/Mother may take the minor children K.E.N. and S.A.N. to SeaWorld in San Diego, California.

///

///

///

///

///

///

///

///

///

///

///

///

**8. All Other Orders Remain in Effect.**

Except as expressly modified by this Stipulation, all other provisions of the October 29, 2025, Order, as modified by the March 19, 2026, Stipulation and Order, including but not limited to child communication orders, Petitioner/Father's telephonic/video contact, and the Talking Parents provisions, shall remain in full force and effect and are not modified by this Stipulation. For the avoidance of doubt, the restrictions on Respondent/Mother's parenting time (including the monitor requirement) and the requirement that the minor children remain in Orange County are modified as expressly set forth above.

**THE FOREGOING IS AGREED TO BY:**

Dated: June 9, 2026

______________________________
JUNG WOOK NA
*Petitioner*

Dated: June 9, 2026

______________________________
JASMINE PEARL NA
*Respondent*

**APPROVED AS TO FORM ONLY:**

Dated: June 9, 2026

______________________________
MERRITT MCKEON, Esq.
*Attorney for Petitioner*

Dated: June 9, 2026

______________________________
STEPHANE QUINN, CFLS
*Attorney for Respondent*

Dated: June 9, 2026

______________________________
LONI KLEIN, Esq.
*Guardian Ad Litem / Minor's Counsel*

**IT IS SO ORDERED**

Dated: June 22, 2026

David O. Carter
______________________________
HON. DAVID O. CARTER
United States District Judge