STEPHANE QUINN CFLS (SBN: 278188)
DAVID DWORAKOWSKI CFLS, CALS (SBN: 135285)
**QUINN & DWORAKOWSKI, LLP**
IRVINE CONCOURSE
2050 Main Street, 6th Floor, Suite 600
Irvine, California 92614
Telephone: (949) 660-1400
E-Mail: quinn@orangecountyfamilylaw.com
E-Mail: david@orangecountyfamilylaw.com

Attorneys for Respondent JASMINE PEARL NA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| JUNG WOOK NA,<br>*Petitioner*,<br><br>vs.<br><br>JASMINE PEARL NA,<br>*Respondent*. | **CASE NO.: 8:25-CV-02479-DOC-ADS**<br><br>**DECLARATION OF JASMINE PEARL NA IN SUPPORT OF RESPONDENT'S MOTION FOR STAY PENDING APPEAL**<br><br>Underlying Motion Hearing: October 19, 2026, 8:30 a.m.<br>Ex Parte Application: Decision on Papers Requested<br>Courtroom: 10A |

I, Jasmine Pearl Na, declare:

1. I am Respondent and the mother of K.E.N. and S.A.N. I make this declaration from personal knowledge and could testify competently to the facts stated here.

2. I understand that the Court ordered S.A.N. returned to Korea and ordered that K.E.N. remain in the United States. I am not asking to ignore the Court's order. I am asking for a stay so that the

return provision can be reviewed before the sisters are separated and S.A.N. is sent abroad.

3. Both children presently live with me in California. They have lived together here since July 31, 2025, except for S.A.N.'s court-ordered summer 2026 visit to Korea.

4. Since S.A.N. returned from the court-ordered summer visit to Korea, the sisters have again lived together in the same home and resumed their shared daily family routine. They spend their non-school time in the same household and are currently participating in therapy through the same provider. I am concerned that abruptly separating them between different parents and countries, without any contact plan, will cause both children emotional harm.

5. After the judgment was electronically noticed, Father sent me messages demanding that I return S.A.N. "asap" and "by this Saturday." He proposed that airline staff escort her if I did not accompany her and told me to send her before "the DA picks her up" so that she would not "get traumatized." (Ex. 1 at 119.) Shortly before judgment, on August 25, 2026, he had written, "Judge Carter still wants to give us a chance to keep the kids together… . Please let's not split the kids up." (Ex. 1 at 116.) No one has provided me with a transition plan, a confirmed escort protocol, a therapy-continuity plan, or a schedule for the sisters to see each other after a return. Attached as Exhibit 1 is a true and correct excerpt (pages 114 through 125) of the authenticated TalkingParents record containing those communications and my September 10 school update. In that record I appear as "Jasmine Jace" and Father appears as "Daniel Na." All times shown in the record are Eastern Time, and page references in this declaration are to the page numbers printed on the record.

6. On September 10, 2026, I took S.A.N. to school because I wanted to preserve her routine. At school, she became extremely upset, cried, and would not leave my side. I ultimately brought her home and advised Father of what occurred through TalkingParents. (Ex. 1, at 122.) I also told Father that I planned to speak with the school so it could be aware of the situation and provide appropriate support. (*Id.*)

7. K.E.N. began therapy at Child Guidance Center on August 26, 2026. S.A.N. attended her initial intake and assessment session on September 2, 2026. K.E.N.'s regular sessions are scheduled for Wednesday evenings at 6:00 p.m. S.A.N.'s continuing schedule is being determined after completion of her assessment.

8. K.E.N. missed school time on two days, August 26 and September 2, 2026, for the initial therapy appointments because no appointments outside school hours were available. The household became ill on September 3. On Friday, September 4, a half day, I kept both girls home because S.A.N. had vomited and had chills and K.E.N. and I were also unwell. On September 7, I advised Father through TalkingParents. (Ex. A at 119.) Monday, September 7 was Labor Day. K.E.N. returned to school on September 9 and has attended regularly since. S.A.N. remained ill for several days, and I arranged a pediatric appointment for September 10, 2026, the earliest available that did not interfere with school hours. Before the appointment, I provided Father the physician's name, office address, telephone number, and appointment time; afterward, I reported the physician's assessment and the symptoms that would require follow-up. (Ex. A at 120, 122.) After the September 10 school incident described above, S.A.N. attended half days on September 11 and September 14 and agreed to attempt full days beginning September 15. (Ex. A at 123.) I have been in contact

with her teacher and the front office, and the school has agreed to support her. I have not withheld either child from school to obstruct Father or the Court's order.

9. I have not restricted Father's communications with either child. S.A.N. FaceTimes with Father daily, often more than once. K.E.N. regularly messages him and also speaks with him by FaceTime. Each child has her own electronic device. During any stay, I will continue to permit and facilitate reasonable direct contact.

10. I currently possess S.A.N.'s Korean passport and a limited-validity emergency United States passport. Father possesses her regular United States passport. I will not use any passport for travel, release any passport for travel, seek a replacement, or apply for an additional passport or travel document for S.A.N. I will deposit every passport in my possession with my counsel or another neutral custodian designated by the Court.

11. I will not remove either child from the United States while a stay is in effect. I will maintain school attendance absent illness or another ordinary reason, continue existing therapy and assessment arrangements subject to provider availability and clinical recommendations, comply with reasonable conditions imposed by the Court, and cooperate in expedited appellate proceedings and mediation.

12. If S.A.N. is transferred before appellate review, she will be separated immediately from her mother and sister, moved internationally, and placed in Father's household without any transition or sibling-contact plan. Even if an appellate court later orders another return, the period of separation and the disruption of school and therapy will already have occurred.

13. I respectfully ask the Court to preserve the present placement long enough for the stay motion and appeal to be heard. I am willing to comply with conditions that protect Father's rights while review proceeds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2026, at Irvine, California.

Jasmine Jace (Sep 15, 2026 13:19:14 PDT)

JASMINE PEARL NA

# EXHIBIT 1

to Declaration of Jasmine Pearl Na

TalkingParents Complete Message Record, pages 114–125 (redacted; minors identified by initials)

Daniel Na viewed this subject on 8/21/2026 at 3:36:25 AM

Daniel Na on 8/21/2026 at 7:12:37 AM said:

I am picking up your dad and going together. Brigitte is going together as well.

Jasmine Jace viewed this subject on 8/21/2026 at 11:42:37 AM

Jasmine Jace on 8/21/2026 at 11:42:49 AM said:

Ok thank you

Daniel Na viewed this subject on 8/21/2026 at 5:30:20 PM

Daniel Na on 8/21/2026 at 7:44:15 PM said:

Any update from the doctors appointment? I remember last time you said it was postponed.

Daniel Na on 8/21/2026 at 8:09:49 PM said:

If you were, please give me the report from the doctor

Jasmine Jace viewed this subject on 8/21/2026 at 8:10:16 PM

Jasmine Jace on 8/21/2026 at 8:22:41 PM said:

We went today after school. Everything is fine and normal. The doctor recommended that she increase her overall calorie intake as she is growing. I was not provided with a separate report from today's visit. She will also need three additional vaccines before she turns 12.

Jasmine Jace on 8/21/2026 at 8:22:47 PM said:

Are you at the airport?

Daniel Na viewed this subject on 8/21/2026 at 8:22:51 PM

Daniel Na on 8/21/2026 at 8:23:39 PM said:

Can you give me a contact info so I can contact for report?

Daniel Na on 8/21/2026 at 8:23:51 PM said:

On the way

Jasmine Jace viewed this subject on 8/21/2026 at 8:23:52 PM

Jasmine Jace on 8/21/2026 at 8:26:32 PM said:

The doctor's contact information has previously been provided to you. It's the same one as before

Daniel Na viewed this subject on 8/21/2026 at 9:02:30 PM

User Printed User Printed User Printed

Daniel Na on 8/21/2026 at 9:54:30 PM said:

Am I registered as her father there?

Daniel Na on 8/22/2026 at 11:47:38 AM said:

Hello. Are you picking up S.A.N. ?

Jasmine Jace viewed this subject on 8/22/2026 at 1:29:53 PM

Jasmine Jace on 8/22/2026 at 2:56:50 PM said:

I assumed the information was already updated last year, but if not, I can take care of updating it.

Jasmine Jace on 8/22/2026 at 2:57:23 PM said:

Yes, me and K.E.N. went to pick up S.A.N. and my dad. We just got back if you want to FaceTime with the kids

Daniel Na viewed this subject on 8/22/2026 at 6:01:47 PM

Daniel Na on 8/24/2026 at 4:41:57 PM said:

Jasmine

Daniel Na on 8/24/2026 at 4:45:59 PM said:

you need to understand. One year here one year there isn't good for the children. As you know the Korean school starts in March. They will not be able to continue school if they miss 1/3 of school.

Daniel Na on 8/24/2026 at 4:46:12 PM said:

Please do what's best for the children.

Jasmine Jace viewed this subject on 8/24/2026 at 4:53:14 PM

Jasmine Jace on 8/24/2026 at 9:34:25 PM said:

Just letting you know, S.A.N. is currently napping. I just heard the FaceTime ring but didn't check who was calling. If that was you, she can return the call when she wakes up.

Daniel Na viewed this subject on 8/24/2026 at 9:34:47 PM

Daniel Na on 8/24/2026 at 9:34:59 PM said:

Let her sleep

Jasmine Jace viewed this subject on 8/24/2026 at 9:51:14 PM

Jasmine Jace on 8/24/2026 at 9:51:49 PM said:

Yes, I'm sure she is tired

User Printed User Printed User Printed

Jasmine Jace on 8/24/2026 at 9:51:54 PM said:

Also, I was able to switch the girls' therapy provider from Little Otter to Child Guidance Center because Child Guidance Center offers in-person sessions, rather than Zoom/telehealth sessions. I provided them with your contact information, so they may reach out to you this week.

K.E.N.'s first session is scheduled for Wednesday, 8/26, and S.A.N.'s first session is scheduled for 9/2. They are currently assigned to the same therapist. At this time, I have only been provided with her first name, Daniella.

I'll keep you updated as I receive additional information.

Daniel Na viewed this subject on 8/24/2026 at 9:52:20 PM

Daniel Na on 8/25/2026 at 5:17:54 AM said:

Jasmine

Daniel Na on 8/25/2026 at 5:23:01 AM said:

I'm not against you. We should be a team player. One year there one year here doesn't work for the children. You can have all summer and winter and any time when you visit. There's no warrant against you in Korea. I have never screwed you over. I want you to be in our lives. Like what you said before let's do this while we have the control of the outcome. Ross is gonna be another appeal. More instability for the children. More money. Please this isn't about winning. It's about doing what's best for our children. I know you know that I have been there for the children this whole time. And you have been too. Please think again before the judge makes his decision today.

Daniel Na on 8/25/2026 at 5:24:07 AM said:

Sorry typo. Ross = there's

Daniel Na on 8/25/2026 at 3:47:49 PM said:

Jasmine

Daniel Na on 8/25/2026 at 4:05:25 PM said:

You know how hard it is to get into KIS. They won't let her just go one year and one year off. They will need to go to Korean school and Korean school starts in March. If they miss 1/3 of school year they can't go to next grade.

Jasmine Jace viewed this subject on 8/25/2026 at 4:40:50 PM

Daniel Na on 8/25/2026 at 4:48:40 PM said:

Jasmine. Judge Carter still wants to give us a chance to keep the kids together. Please listen. Through this experience K.E.N. really got to learn that you care about her. When she thought that you didn't love her and told the school that she wasn't happy, the school told you to do scheduled call but you declined saying that you did not want to promise something you can keep. She was devastated. But now she knows how much we love her. I truly believe that you know that they are safe here. They have been safe under my care for the last 12 years. Please let's not split the kids up. You get to see them anytime you want. I don't have that luxury because of the visa problem. It's not about winning or losing.

User Printed User Printed User Printed

Daniel Na on 8/26/2026 at 3:40:08 AM said:

Under my care the kids would get everything they need. Good school, math tutor, piano lessons, Art, dance, piano, figure skating. You won't be able to do that with you working and driving them. Please stop this fight. Also when you we spoke 6 months ago you told me you wanted to take S.A.N. and not K.E.N. K.E.N. is at a point where education and right direction is really needed such as SAT schools and etc. You can't provide her with these. Please do what's best for the children.

Jasmine Jace viewed this subject on 8/26/2026 at 11:20:29 AM

Jasmine Jace on 8/26/2026 at 11:52:34 AM said:

I remain willing to come to an agreement, but reaching one requires mutual compromise and flexibility from both of us. My concerns regarding the children's safety and well-being and the incidents that brought us here remain unchanged.

Also, K.E.N. has her therapy appointment today at 10:00 a.m. I tried to schedule an appointment after school, but there were no other times available.

Child Guidance Center
600 West Santa Ana Boulevard, Suite 202
Santa Ana, CA 92701
714-953-4455

Daniel Na viewed this subject on 8/26/2026 at 12:06:16 PM

Jasmine Jace on 8/26/2026 at 3:16:22 PM said:

Therapy went well today. Daniella is very nice, and K.E.N. seemed comfortable with her. K.E.N. will have her second session on Wednesday, which will also be S.A.N.'s first session.

Daniel Na viewed this subject on 8/26/2026 at 3:58:38 PM

Daniel Na on 8/26/2026 at 3:59:08 PM said:

Will it also be during school hours?

Jasmine Jace viewed this subject on 8/26/2026 at 11:39:37 PM

Jasmine Jace on 8/26/2026 at 11:40:07 PM said:

Only the first session and afterwards will be after school hours

Daniel Na viewed this subject on 8/27/2026 at 1:06:25 AM

Daniel Na on 8/27/2026 at 7:39:37 AM said:

The kids are safe here. If they are not safe you wouldn't send them here biannually or summer or winter. I promise nothing would happen to them. I can provide everything they need here. Please I ask you to do what's best for them. It will never happen again. I love them.

Jasmine Jace viewed this subject on 8/27/2026 at 6:59:42 PM

User Printed User Printed User Printed

Jasmine Jace on 8/27/2026 at 7:08:07 PM said:

That is not accurate. Since becoming aware of the circumstances that caused me serious concerns about the children's safety, I have not voluntarily sent them to Korea for summer or winter visits, so I am not sure what you are referring to. S.A.N.'s travel to Korea was pursuant to a court order, and K.E.N. was not sent to Korea. My compliance with a court order should not be characterized as my agreement that the children are safe living in Korea.

Daniel Na viewed this subject on 8/27/2026 at 7:51:11 PM

Daniel Na on 8/28/2026 at 3:24:19 AM said:

I promise it will never happen again.

Daniel Na on 8/29/2026 at 7:23:51 AM said:

Jasmine we can still be family and all live together for our kids. That's the best. I have always gave you this option and we have been waiting for you. This is what the children wants the most.

Jasmine Jace viewed this subject on 8/29/2026 at 5:09:36 PM

Jasmine Jace on 8/29/2026 at 5:11:01 PM said:

K.E.N. signed up for the Fall Volleyball League with her friend Vicky yesterday. Today is her first session from 2:00–4:00 p.m., and it will be every Saturday for two months.

Here is the website for the program:
https://socalelite.org

Daniel Na viewed this subject on 8/29/2026 at 10:15:00 PM

Daniel Na on 8/29/2026 at 10:16:07 PM said:

That's wonderful. Do you think you can set up a time for me to call her? I haven't been able to FaceTime with her for months now.

Jasmine Jace viewed this subject on 8/30/2026 at 4:40:06 PM

Jasmine Jace on 8/30/2026 at 4:41:00 PM said:

She is home all the time. Maybe she is sleeping or on the phone with her friends. I will let her know

Daniel Na viewed this subject on 8/30/2026 at 4:41:34 PM

Daniel Na on 9/5/2026 at 8:59:00 AM said:

Jasmine. How come they keep missing school?

Daniel Na on 9/5/2026 at 8:59:27 AM said:

Once last week and once this week

User Printed User Printed

Daniel Na on 9/5/2026 at 9:00:46 AM said:

How was the therapy for the children? What did they say?

Jasmine Jace viewed this subject on 9/6/2026 at 12:28:17 AM

Jasmine Jace on 9/7/2026 at 12:42:43 AM said:

Therapy went well. They are still completing assessments for both kids. K.E.N.'s session was conducted individually. S.A.N. threw up and had some shivers, and K.E.N. and I were also not feeling well. Since Friday was a half day, I kept the girls home so they could rest and recover.

Daniel Na viewed this subject on 9/7/2026 at 12:51:36 AM

Daniel Na on 9/8/2026 at 7:30:18 PM said:

Jasmine. Have you read the order? Please send S.A.N. back asap so we can enroll her into school and get her medical treatment that has been delayed.

Daniel Na on 9/9/2026 at 2:40:54 AM said:

Please do this before the DA picks her up. I don't her to get traumatized

Daniel Na on 9/9/2026 at 9:24:28 AM said:

Please send her back by this Saturday

Daniel Na on 9/9/2026 at 9:26:27 AM said:

If you can't bring her I can have Asiana staff escort her like what we did with K.E.N. before. Please let me know.

Daniel Na on 9/9/2026 at 9:27:09 AM said:

Make sure it's the evening flight because it has WiFi

Jasmine Jace viewed this subject on 9/10/2026 at 1:05:44 PM

Jasmine Jace on 9/10/2026 at 1:13:21 PM said:

I am currently awaiting further guidance regarding S.A.N.'s situation and will proceed accordingly.

Daniel Na viewed this subject on 9/10/2026 at 1:13:29 PM

Daniel Na on 9/10/2026 at 1:13:55 PM said:

Guidance from who?

Jasmine Jace viewed this subject on 9/10/2026 at 1:14:23 PM

Jasmine Jace on 9/10/2026 at 1:14:23 PM said:

Since things have been a bit hectic this week, I may have forgotten to let you know that K.E.N. had a routine dental checkup and cleaning yesterday, Wednesday, after school at the same dental office she



User Printed User Printed

previously attended.

Dental office information:

Irvine Orthodontics and Irvine Dentistry
4482 Barranca Parkway, Suite 102
Irvine, CA 92604
Phone: 949-786-7800
Dr. Sean Woo, DMD

Everything went well with her checkup. She has one baby tooth that has not fallen out yet, and the dentist suggested that it may need to be extracted. We have not made a decision or scheduled anything regarding the extraction yet, particularly given everything going on this week. I will keep you updated if any further dental treatment is scheduled.

Daniel Na viewed this subject on 9/10/2026 at 1:14:48 PM

Daniel Na on 9/10/2026 at 1:14:50 PM said:

Please let's get her settled in with school asap. KIS isn't going to wait any longer

Daniel Na on 9/10/2026 at 1:16:11 PM said:

You need to start communicating with me better Jasmine.

Daniel Na on 9/10/2026 at 1:16:23 PM said:

Not answering me days or months later

Jasmine Jace viewed this subject on 9/10/2026 at 1:19:50 PM

Jasmine Jace on 9/10/2026 at 1:19:52 PM said:

Since you brought up S.A.N.'s medical treatment, I did want to ask you about something related to her health. S.A.N. was with you for approximately two months over the summer and only recently returned.

She currently has a deep, wet cough and has been coughing extensively throughout the night. She told me that the cough began while she was in Korea and has been ongoing for some time, but has recently gotten significantly worse.

Was S.A.N. evaluated by a doctor in Korea for this cough? If so, please provide the relevant information regarding the visit, including any diagnosis, medication, or treatment she received.

S.A.N. has an appointment today at her regular pediatrician's office. Her regular pediatrician, Dr. Julie Cheng, was not available, so she will be seeing Dr. Catherine Su today at 4:30 p.m. This was the earliest available appointment that did not interfere with her school hours.

Pediatrician's office:

Coastal Kids Pediatric Care – Laguna Hills
24422 Avenida De La Carlota, Suite 180
Laguna Hills, CA 92653
Phone: (949) 951-1376

I will provide an update after her appointment.

User Printed User Printed User Printed

Daniel Na viewed this subject on 9/10/2026 at 1:20:00 PM

Daniel Na on 9/10/2026 at 1:20:49 PM said:

No she didn't have the cough when she was here.

Daniel Na on 9/10/2026 at 1:20:59 PM said:

Are you planning to follow court order?

Daniel Na on 9/10/2026 at 1:23:43 PM said:

Please provide me with the doctors assessment of K.E.N.'s doctor about her weight

Jasmine Jace viewed this subject on 9/10/2026 at 1:24:07 PM

Jasmine Jace on 9/10/2026 at 1:24:08 PM said:

K.E.N.'s regular Wednesday therapy appointments will resume next week. She was unable to attend yesterday's session due to everything going on that day, including her meeting with minor's counsel.

I attempted to schedule a make-up session for Thursday or Friday, but the only available appointment times were during her school hours, so I did not schedule one.

Daniel Na viewed this subject on 9/10/2026 at 1:24:08 PM

Daniel Na on 9/10/2026 at 1:25:13 PM said:

What did the therapist say? Can you please share it with me?

Daniel Na on 9/10/2026 at 1:25:27 PM said:

And please answer all my questions from above.

Jasmine Jace viewed this subject on 9/10/2026 at 1:32:47 PM

Jasmine Jace on 9/10/2026 at 1:33:08 PM said:

Thank you for clarifying. S.A.N. has told me that her cough began while she was in Korea and has been ongoing for some time. I understand that your recollection is different. I will have her evaluated by the pediatrician today and will provide an update afterward.

I can request the records today if they are available. I also ask that you please provide me with copies of the medical records from Korea for both children, as I have not previously received copies of those records.

Jasmine Jace on 9/10/2026 at 1:34:05 PM said:

I believe I have already answered the question you asked. If there is a different specific question you would like me to address, please let me know.

User Printed User Printed User Printed

Jasmine Jace on 9/10/2026 at 1:46:49 PM said:

I also wanted to let you know that I brought S.A.N. to school today because I want to maintain as much consistency and routine as possible during this transition period. However, she became very upset and was crying at school and did not want to leave my side. I ultimately brought her home. I plan to speak with the school tomorrow so that they are aware of the situation and can provide appropriate support as needed.

K.E.N. appears to be doing well and has resumed attending school regularly following her recent illness.

Jasmine Jace on 9/10/2026 at 1:47:08 PM said:

I will continue to keep you updated

Daniel Na viewed this subject on 9/10/2026 at 5:30:28 PM

Daniel Na on 9/10/2026 at 6:34:59 PM said:

I sent all hospital record through your email just right now.

Jasmine Jace viewed this subject on 9/10/2026 at 9:19:50 PM

Jasmine Jace on 9/10/2026 at 9:19:50 PM said:

We went to the doctor, and everything was fine. The doctor said there is a virus going around right now. She said that if S.A.N. develops a fever or if her cough lasts longer than three weeks, she should come back.

She said no medication is necessary, but to help ease S.A.N.'s cough at night, she can take allergy medicine.

S.A.N. was fussy and crying, and the office was closing, so I didn't get a chance to ask about the medical records. I can request them, but if you need them sooner, you should be able to request them directly from the doctor's office. I gave you the contact info.

Daniel Na viewed this subject on 9/10/2026 at 9:22:42 PM

Jasmine Jace on 9/10/2026 at 9:37:28 PM said:

I would also like to briefly clarify some inaccurate statements you made earlier. I respond to necessary child-related communications in a timely manner and have never gone "months" without responding. You also have regular communication with the girls, including FaceTime, and I will continue to encourage their communication with you.

Moving forward, I ask that we both keep our communication factual and focused on the children. Thank you.

Daniel Na viewed this subject on 9/10/2026 at 9:37:51 PM

Daniel Na on 9/10/2026 at 9:39:53 PM said:

You didn't answer me from June 11 to August 11

User Printed User Printed

Daniel Na on 9/10/2026 at 9:40:52 PM said:

Please set up a time for me to FaceTime with K.E.N. I haven't FaceTimed with her ever since a week after she went under your care.

Jasmine Jace viewed this subject on 9/11/2026 at 7:46:14 PM

Jasmine Jace on 9/11/2026 at 8:02:50 PM said:

I reviewed the June 13 messages you are referring to. As I have explained before, when I perceive the tone of our communication as becoming contentious, I prefer to wait until things have calmed down before responding so that the conversation does not escalate.

In any event, the questions you raised were addressed, and I took care of everything that needed to be handled for the children, including the lice treatment.

Daniel Na viewed this subject on 9/11/2026 at 8:03:06 PM

Jasmine Jace on 9/11/2026 at 8:09:15 PM said:

Regarding contact with the children, I was sitting at the dinner table with K.E.N. and S.A.N. when you FaceTimed with K.E.N. a few days ago. Our TalkingParents messages also reflect that when K.E.N. and I picked S.A.N. up from the airport two weeks ago, I let you know when we arrived home and that the children were available to FaceTime.

I regularly encourage K.E.N. to FaceTime you. When I ask her about calling you, she often tells me, "I'm talking to him right now." I asked her again today, and she told me that she spoke with you yesterday.

In any event, I will continue to encourage regular communication, and we can also set up a specific time for K.E.N. to FaceTime with you if that would be helpful.

Daniel Na viewed this subject on 9/11/2026 at 8:11:23 PM

Daniel Na on 9/11/2026 at 8:12:40 PM said:

I did not see K.E.N.'s face ever since she went under your care. I'm not lying. Can you please set up a regular FaceTime call with K.E.N. for me?

Jasmine Jace viewed this subject on 9/11/2026 at 8:15:19 PM

Jasmine Jace on 9/11/2026 at 8:16:02 PM said:

As for S.A.N., I already let you know about the backpack incident yesterday and how upset she became. We talked about it afterward, and she agreed to try a half day of school today, which she did. She was a little clingier than usual at drop-off but otherwise did better.

I also checked in with the front office regarding how she has been doing, and they were supportive. For now, I am continuing to support her and take things day by day.

Daniel Na viewed this subject on 9/11/2026 at 8:16:25 PM

Jasmine Jace on 9/11/2026 at 8:19:14 PM said:

I'm not sure how that could be the case, as I saw you on FaceTime with K.E.N. at the dinner table a few days ago while she was sitting next to me. If she turned her camera off at some point, I was not aware of that, but the FaceTime did occur.



User Printed

In any event, I believe I have already answered these questions and offered my assistance. Our TalkingParents messages also reflect instances where I have let you know the children were available to FaceTime, and I continue to encourage K.E.N. to FaceTime you.

I don't think continuing to go back and forth on this is productive, so I am going to step away from this conversation for now.

Daniel Na viewed this subject on 9/11/2026 at 8:33:28 PM

Daniel Na on 9/11/2026 at 8:34:57 PM said:

Her FaceTime was on but not at her face but the background of your kitchen.
I just want regular FaceTime with her please.

Daniel Na on 9/12/2026 at 10:55:57 AM said:

I will ask again Jasmine, I need all medical records showing S.A.N. has been seen by a doctor or hospitalized. You have those records. Don't make me ask my lawyer to get them, it is a waste of money.

Jasmine Jace viewed this subject on 9/12/2026 at 10:45:18 PM

Jasmine Jace on 9/12/2026 at 10:46:36 PM said:

I'm not in control of how she chooses to FaceTime or how she positions the camera during the call.

Jasmine Jace on 9/12/2026 at 10:47:11 PM said:

I told her to FaceTime you and she said she will after she eats

Jasmine Jace on 9/12/2026 at 10:52:03 PM said:

I also explained the situation regarding S.A.N.'s last visit and that she was fussy. I do not personally have copies of those medical records and will need to request them. I explained to you that I can request them, but I will need to obtain them from the provider next week just as you would. If you need them sooner, you can contact the provider directly. I previously provided you with the information, but here it is again:

Coastal Kids – Laguna Hills
949-951-1376

Daniel Na viewed this subject on 9/13/2026 at 12:39:39 AM

Jasmine Jace on 9/13/2026 at 2:07:41 PM said:

K.E.N. mentioned that she was confused about why I keep reminding her to FaceTime you because she says she communicates with you regularly. She told me that she FaceTimed you yesterday morning and that you two talked about Demon Slayer, and she showed me her recent call log. I told her that was great and encouraged her to continue communicating with you, since I know you miss her.

Daniel Na viewed this subject on 9/13/2026 at 3:22:06 PM



User Printed User Printed User Printed

Daniel Na on 9/13/2026 at 3:23:44 PM said:

Jasmine, I would do the same for you. Please set up a call for me that is scheduled. I have not seen her face or heard her voice.

Jasmine Jace viewed this subject on 9/14/2026 at 1:06:34 PM

Jasmine Jace on 9/14/2026 at 1:23:43 PM said:

I may have misunderstood what you meant when you said you haven't seen her or heard her voice. I only ask because I've happened to see and hear you and K.E.N. talking on FaceTime on several occasions, and she has also mentioned that she FaceTimes with you regularly. Maybe you meant that you haven't been able to talk with her as much as you would like.

I do encourage her to FaceTime you, but she seemed confused and got a little upset with me because she said she talks to you on FaceTime often and didn't understand why I kept reminding her. I'm sure there may just be a misunderstanding somewhere, so I wanted to clarify.

At any rate, what time works best for you?

Daniel Na viewed this subject on 9/14/2026 at 1:25:05 PM

User Printed User Printed User Printed