**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| JUNG WOOK NA,<br>*Petitioner*,<br><br>vs.<br><br>JASMINE PEARL NA,<br>*Respondent*. | CASE NO.: 8:25-CV-02479-DOC-ADS<br><br>Order Denying Respondent's Motion for Stay Pending Appeal and Ex Parte Application for Administrative Stay and Granting Respondent's Request for a Seven-Day Bridge Stay As To Minor Child S.A.N. |

The Court has considered Respondent Jasmine Pearl Na's Motion for Stay Pending Appeal and Ex Parte Application for Immediate Administrative Stay, the supporting declarations, the record, and the parties' submissions. Good cause appearing, IT IS ORDERED:

1. The portion of the September 4, 2026, Order and Judgment (Dkt. 69) directing that S.A.N. be returned to the Republic of Korea and reside with Petitioner is STAYED until September 25, 2026, pending the Respondent's filing to seek emergency relief from the Ninth Circuit.

2. While the stay remains in effect, neither party, nor any person acting at a party's direction or in active concert with a party who

receives actual notice of this Order, shall remove or facilitate the removal of S.A.N. from the United States or arrange international travel implementing the return provision.

3. Neither party shall use, release, transfer, replace, or seek any passport or travel document for S.A.N. to facilitate international travel for the duration of the stay.

4. Respondent shall not remove S.A.N. from the United States; shall maintain her school attendance absent illness or another ordinary reason; shall continue existing therapy and assessment arrangements subject to provider availability and clinical recommendations; and shall not interfere with reasonable electronic communication between Petitioner and both children.

5. This Order preserves the status quo until September 25, 2026, and does not adjudicate permanent custody, parenting time, or the ultimate merits of the appeal.

6. No bond or other monetary security is required. The Judgment is nonmonetary, and the conditions imposed by this Order adequately protect Petitioner's interests.

7. The hearing date for October 19, 2026, is hereby vacated.

**IT IS SO ORDERED.**

Dated: September 18, 2026

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE